478 A.2d 112

Commonwealth v. Gilliam, Appellant.

Submitted March 5, 1984. Augustine J. Rieffel, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

479 A.2d 624

Commonwealth v. Gilmore, Appellant.

Reargument Denied Aug. 28, 1984.

Argued December 8, 1983. Emmanuel H. Dimitriou, for appellant; Charles A. Haddad, Assistant Attorney General, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.